# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREATIVE CARE, INC., a California corporation;<br><br>Plaintiff,<br>v.<br><br>ROCKY MOUNTAIN HOSPITAL AND MEDICAL SERVICE, INC., d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD, a Colorado corporation; and DOES 1 through 20 inclusive;<br><br>Defendants. | Case No. 2:24-cv-08796-SVW-PVC<br><br>District Judge: Stephen V. Wilson<br><br>[PROPOSED] ORDER ON STIPULATION OF DISMISSAL [FRCP 41(A)(1)(II)]<br><br>Complaint Filed: September 10, 2024<br>Removed: October 11, 2024<br>FAC Filed: October 25, 2024 |

## [PROPOSED] ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), it is ordered that this action be, and hereby is, dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing their own attorney's fees and costs. The Clerk is directed to close the file.

Dated: __February 25__, 2025

_____
Honorable Stephen V. Wilson
United States District Judge

1

**[PROPOSED] ORDER ON STIPULATION OF DISMISSAL [FRCP 41(A)(1)(II)]**